Moises Lopez
40030 Spinning Wheel Dr.
Murrieta, CA 92562

FILED
Mar 03 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ charlest   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES LOPEZ, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and Does 1 through 50, inclusive.<br><br>Defendant | Case No.: Number **'22CV285  MMAMDD**<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

Here comes the Plaintiff Moises Lopez, who is bringing this complaint to this court. This claim involves BMW OF NORTH OF AMERICA, LLC.

I.

JURISDICTION AND VENUE

1. The transactions and events that gives rise to this litigation all occurred within the County of San Diego, State of California and the amount in controversy exceeds $25,000.00.

PLEADING TITLE - 1

2. Venue is proper in this judicial district in that some the plaintiff resides and/or conduct business in the County of San Diego, State of California.

## II.
## PARTIES

3. Moises Lopez at all times pertinent herein, individual residing in the County of Riverside, State of California.

4. Plaintiff is informed and believes, and on that basis alleges, that Defendant BMW OF NORTH AMERICA, LLC, organized and existing under the laws of the State of New Jersey, was conducting business in the County of New Jersey.

5. Plaintiff does not know the true names, capacities, or basis for liability of Defendants sued herein as Does 1 through 50, inclusive, as each fictitiously named Defendant is in some manner liable to Plaintiffs.

6. Plaintiff is informed and believes, and therefore alleges, that at all relevant times mentioned in this Complaint, each of the fictitiously named Defendants are responsible in some manner for the injuries and damages to Plaintiffs so alleged and that such injuries and damages were proximately caused by such Defendants, and each of them.

7. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each of the Defendants were the agents, employees, servants and/or the joint-ventures of the remaining Defendants, and each of them, and in doing the things alleged herein below, were acting within the course and scope of such agency, employment and/or joint venture and enterprise.

Plaintiff does not know the true names, capacities, or basis for liability of Defendants sued herein as Does 1 through 50, inclusive, as each fictitiously named Defendant is in some manner liable to Plaintiff. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

PLEADING TITLE - 2

III.

**FACTUAL AND GENERAL ALLEGATIONS**

8. It is understood that Defendant BMW manufactured Plaintiff's vehicle 2001 BMW X5. This BMW has been used by Plaintiff and his family with minor children for many years and Plaintiff was not suspected that this vehicle can cost a big damage to his family, and actually it can cost the death of any of his children.

9. Plaintiff is informed and believes and thereon alleges that there are several types of airbag deployment failures that can happen. The most prevalent in accidents on record include cases were the inflator is faulty and leaves the airbag at a high rate of speed. The part can cause injury, but if it is fractured, pieces of the inflator or a metal wiring harness around it can be propelled into the vehicle. These metal shards are sharp, acting like metal shrapnel, and they can penetrate the human body easily, causing cuts, abrasions or even death. A vehicle's barrier equivalent velocity in a crash is the velocity with which the car would have to impact an infinitely rigid barrier at the same angle of impact in order to sustain the same damage as actually occurred. The barrier equivalent velocity "combine [s] into one speed-like measure the energies, forces, and motions that a vehicle experiences during a crash."*Crespo v. Chrysler Corp.*, 75 F. Supp. 2d 225, 227 n. 4 (S.D.N.Y. 1999).

10. Plaintiff is informed and believes and thereon alleges that children are subject to harm if they are too close to a front seat airbag when it is expanded, or from impact of a side door airbag that releases accidentally. Problems in airbags have been linked to the sensor, other metal objects like loose bolts creating an electrical short, and issues related to the chemicals and their stability. Humidity can also be a factor that causes problems with

PLEADING TITLE - 3

propellant dispersal. Areas of the body that may be injured by airbags include the chest and cardiac region, face, eyes, ears and extremities.

11. Plaintiff is informed and believes and thereon alleges that the most serious airbag failure injuries occur when there is any type of fractured material shot out into the vehicle cabin at high speeds. Metal shards can cause death quickly if they are lodged in the neck area jugular vein or carotid arteries. Cuts in other areas of the body from broken parts can also cause serious bleeding, which also may lead to serious injury or death.

12. Plaintiff is informed and believes and thereon alleges that design flaw can cause airbags to malfunction when wet. As it happens, the airbag module in question is located right under the cupholders. The cupholders, found on 2020 X7 M50i vehicles, are "not properly designed to hold cups filled with liquid", what is very dangerous. Apparently, fluids that have escaped their containers can leak through the X7's cupholders and onto a sensitive SRS (supplemental restraint system, aka airbag) module located beneath them. *The Drive* points to users of the Bimmerpost forums that have written about their experiences, which include an SRS warning light illuminated on the dashboard after liquid seeped below the cupholders. To be clear, the initial poster claims that 1-2 oz of liquid seeped out of the bottom of a paper cup, and that it wasn't a splashing spill situation. The plaintiff believes that the cupholder flaw may not be limited to the 2020 X7 M50i. It's not clear whether that's other X7 trim levels or different models altogether. 1-2oz of liquid seeping out of the bottom is...alot. That's not seeping, and if the cup was still in the holder it would be almost sloshing around, there is little other volume to occupy down there.

PLEADING TITLE - 4

13. Plaintiff is informed and believes and thereon alleges that if the module itself is designed without a seal than the manufacturer puts a cover over the drip zone or at times the module can survive different angles so it is mounted with a specific angle, so no liquid can make it inside the airbag module. spills are not considered a misuse seeing how it happens a lot more than you think, especially for families with kids, therefore it is considered a foreseeable load. same can be said when one cleans the interior - the wet rag can have some liquid drip and so drip protection is again a foreseeable required load. A class-action lawsuit has been filed against BMW in the United States alleging that liquid spilled in the cupholders can leak through the center console, mess with the electronics and trigger the airbags.  If liquid is spilled into the cup holder, wires for the SRS airbag control module sitting directly underneath the cup holder can get wet and damaged. This can apparently trigger the airbags or result in other electronic issues.

14. Plaintiff is informed and believes and thereon alleges that the cars are so complicated that they just stick electronics anywhere and apparently with no thought about what could interact with them. It's a totally inexcusable bone head engineering mistake.

15. Plaintiff is very angry to find out about this engineering mistake that could cost him or any of his family a big harm, even a death. He was using this car for long distances, driving his children around, and he never thought that this car can cost so much harm, even one of his children could die. The risk is real, defective Takata Airbags can kill.

16. Plaintiff is informed and believes and thereon alleges that his BMW X5 2001 could explode, causing serious injury, even death. Company is contacting Plaintiff to urge

PLEADING TITLE - 5

him to replace those defective Airbags "as quickly as possible". Now it seems to be rash. What about all those years when Plaintiff was risking the lives of his family members by driving them around with defective airbags? Nobody notified him that those airbags are defective. Does this company ever care? BMW – big company with big name. Who takes responsibility for their costumers and their safety? It is easy to say that it was just "engineering mistake". The Plaintiff has a question: How comes that this BMW did not come with conclusion that they are selling cars with defective airbags? Why didn't they find any solution to this problem earlier? Plaintiff's car was made in 2001. He had no idea that he is risking his life and the lives of his family by driving this car for so many years. His kids grew up in this car, and suddenly he found out that it was very risky to drive them. BMW was supposed to be a very reliable, and luxury car, that was not cheap. Plaintiff invested lots of money to buy this car because he wanted to have a good reliable car where he and his family will feel safe. He had no idea that he actually is risking the lives of his precious children while driving them around in the car with defective airbags they can explode any minute. It seems like a nightmare. It is just not understandable why such big and famous company as BMW did not notice that their cars are defective and can cost lots of harm to their passengers. Why Plaintiff had to wait for 20 years to get a notice from this company that those airbags are highly defective, being recalled and he needs to replace them immediately, because they can kill him. They sent "URGENT RECALL REPAIR". Plaintiff is asking why after 20 years driving his car with those defective airbags it is suddenly "urgent" to replace them. It is a shame for BMW.

PLEADING TITLE - 6

PRAYER:

14. Plaintiffs is further informed and belief, and based thereon allege that Defendants, and each of them, have engaged in additional violations of the aforementioned statutes, the specifics of which are unknown, but which are subject to discovery and with respect to which specifics will be alleged by amendment to this Complaint when ascertained.

15. Plaintiffs is entitled to recover, in addition to actual damages, punitive damages to punish Defendants and to deter them from engaging in future misconduct.

16. This outcome has been created without any right or privilege on the part of the Defendants, and, as such, their actions constitute outrageous or reckless conduct on the part of Defendants.

17. As a direct and proximate result of Defendants' conduct, Plaintiffs has suffered humiliation, mental anguish, anxiety, depression, and emotional and physical distress, resulting in the loss of sleep and other injuries to his and her health and well-being, and continues to suffer such injuries on an ongoing basis. The amount of such damages shall be proven at trial.

18. Plaintiffs respectfully request the court to award Plaintiffs costs of this action, and such other relief as the court may deem proper.

DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiffs requests for Jury Trial on all causes of action.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

i. Damages in an amount of $100,000
ii. For Special Damages in an amount to be determined by proof at trial;
iii. For General Damages in an amount to be determined by proof at trial;
iv. For Punitive Damages as allowed by law;

PLEADING TITLE - 7

v. For Restitution as allowed by law;

vi. For Attorney's Fees and Costs of this action;

Dated: January 18, 2022

Respectfully submitted,

Moises Lopez

VERIFICATION AND DEMAND FOR JURY TRIAL

I, the undersigned, am the plaintiff in this matter and make this verification and demand for jury trial; I have read the foregoing complaint, know the contents thereof, and from information and belief, believe the same to be true. I verify under penalty of perjury that the foregoing is true and correct. Furthermore, I demand a jury trial in this action.

Dated: January 18, 2022

Moises Lopez

# Defective Airbag Injuries

If an airbag deploys incorrectly or malfunctions, it can cause serious injury or even death. Some airbag injuries include: **head and brain traumatic injuries**, **back and spinal cord injuries**, hearing damage, eye damage, broken bones, and **hypoxia suffocation**. Tens of thousands of Americans have been injured due to faulty airbags and other vehicle safety mechanisms. In instances where the defective airbag fails to deploy or deploys late in a high impact accident it is too common that the driver or passengers sustain head trauma and neck trauma do to impact with the steering wheel, windshield, or other part of the interior of the vehicle.

It is important to remember that in most air bag safety systems that both frontal and side-impact air bags are designed to deploy in moderate to severe crashes and are designed to protect the driver and passengers including adult passengers and child passengers for side, front, and rear impact collisions. Understanding your vehicle's air bag safety system and making sure that you understand how it works may save your life or the life of a child or other family member. This is because improper seating in a vehicle including sitting too close to a steering wheel or improper child seats or restraints can prevent the air bag safety system from properly functioning.

Air bag safety systems are designed to work with seatbelt restraints. It is important to always wear your seatbelt and also make sure that your automobile does not have an airbag safety recall or a seatbelt safety recall. Proper seatbelt restraint and airbag safety systems can often prevent death or serious injuries in vehicle crashes including abdominal, head, neck, shoulder, facial and leg injuries.

PLEADING TITLE - 9

  

Your 2001 BMW X5 has a
**RECALLED TAKATA AIRBAG** that is
in need of an **URGENT RECALL REPAIR**

P.O. Box 746  |  Wheeling, IL 60090



B192   F1R4-0032159
Moises Lopez
40030 Spinning Wheel Dr
Murrieta, CA 92562-4730

LAST 8 OF VIN: *********1LM64901                                      RECALL ID: XQL4-2YN

# THE RISK IS REAL. DEFECTIVE TAKATA AIRBAGS CAN KILL.

Dear Moises,

A defective part inside the Takata airbag of your **2001 BMW X5** could explode, causing **SERIOUS INJURY**, even **DEATH**. The defective Takata airbag needs to be repaired for **FREE** as soon as possible.

The process for repairing your defective Takata airbag is quick and easy. **CALL OR TEXT "FIX" TO 877-536-1269,** and we will help schedule your **FREE** recall repair at your local BMW Center.

## Q&A

| | |
|---|---|
| **How many people have been hurt?** | In the United States, at least 300 people have been injured and 19 people have been killed in an accident due to a defective Takata airbag that deployed in an accident.† |
| **Is there any cost associated with the recall repair?** | None at all. The recall repair is absolutely **FREE**. |
| **Are parts available for this FREE recall repair?** | Yes. All BMW Centers have parts in stock to make this urgent **FREE** airbag recall repair now and are actively taking appointments for the **FREE** recall repair. |
| **What do I need to do?** | **CALL OR TEXT "FIX" TO 877-536-1269** and speak to a Takata airbag safety recall team member who will assist you in scheduling the **FREE** recall repair at a day and time that works for you. |
| **What will the dealer do for me?** | The dealer will provide the necessary recall repair for **FREE**. A number of alternative transportation options may be available for your convenience, such as a repair at your location, vehicle pick-up and delivery, or a loaner vehicle - all for **FREE**. Please inquire about availability when calling. |

If you have completed the airbag recall repair within the last 45 days, you may be able to disregard this notice. To confirm or to check if any additional recall repairs are needed, please text your Recall ID **XQL4-2YN** to **877-536-1269** or visit **NHTSA.gov/recalls** and enter your VIN number where prompted.

If you no longer own this vehicle, please call **877-536-1269** to let us know so that we can remove you from further communication regarding this urgent safety issue.

Sincerely,
BMW Recall Resolution Team

† As sourced from: *https://www.nhtsa.gov/equipment/takata-recall-spotlight#consumers-faqs*. Fatalities and injuries include those reported by all affected vehicle manufacturers.

**CALL OR TEXT "FIX" TO 877-536-1269**                         **SAFE**AIRBAGS.COM   

# URGENT
## ACTION ITEMS INSIDE.

### DEBERÁ ACTUAR CON URGENCIA.

---



P.O. Box 746 | Wheeling, IL 60090

S923 ***AUTO**5-DIGIT 92562
B223 F1R4A-0180870
47/1318/1474

Moises Lopez
40030 Spinning Wheel Dr
Murrieta, CA 92562-4730

You can now **LIVE CHAT** with an agent to update **your ownership records** or to schedule an **appointment**.

Ahora puede tener un **CHAT EN VIVO** con un representante para **actualizar los registros de propiedad de su vehículo** o coordinar una cita.



**LIVE CHAT**
CHAT EN VIVO

**Scan the code** to live chat with an agent to schedule your **FREE** airbag recall repair.

**Escanee el código** para chatear en vivo con un representante y coordinar la reparación **GRATIS** de su bolsa de aire defectuosa.

  

ELECTRONIC SERVICE REQUESTED

Presorted
Standard
U.S. Postage
PAID
Permit 1106
Royal Oak, MI